McGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:        dean.carter@usdoj.gov
Telephone:  (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendants
United States of America and United States Postal Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEINER, an Individual;<br><br>                               Plaintiff,<br><br>          v.<br><br>THE UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, an Independent Agency of the United States of America Federal Government;<br><br>                               Defendants. | No. 2:20-cv-01581-JAM-CKD<br><br>**ORDER OF SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25** |

**ORDER OF SUBSTITUTION**

Pursuant to Fed. R. Civ. P. 25(a) and in consideration of the Joint Notice of Death wherein the parties indicate that Defendants were notified on December 15, 2020 of Plaintiff John Steiner's death,

**IT IS HEREBY ORDERED** that Plaintiff John Steiner's successor or representative shall file a motion to substitute on or before **March 15, 2021.**

**IT IS FURTHER ORDERED** that if no such motion is filed pursuant to Fed. R. Civ. P. 25(a)(1), Defendants shall move for dismissal of this action after the time period for filing such a motion has expired.

Dated:  January 25, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER OF SUBSTITUTION
PURSUANT TO FED. R. CIV. P. 25

1